## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2385    Assigned/Issued By: J. N.

Judge Name: DER-YEGHIYAN    Designated Magistrate Judge: DENLOW

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2727990

Date Payment Rec'd: 4-26-08    Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
   *(Type of Writ)*                    _____
                                       *(Type of issuance)*

3 Original and 0 copies on 4-28-08 as to SERGEANT ANDERSEN;
                         *(Date)*
CITY OF COUNTRY CLUB HILLS; OFFICER K. WILSON