## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08c2385    Assigned/Issued By: nf

Judge Name:    Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☐ Summons    ☑ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets    ☐ Other
☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

3 Original and _____ copies on 6/5/8 as to City of Country Club Hills,
                                    *(Date)*
Sergeant Andersen, K Wilson
_____
_____