AO 440 (Rev. 05/00) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

| | |
|---|---|
| ANITA REED-EDGECOMBE,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER K. WILSON, SERGEANT ANDERSEN, UNKNOWN OFFICERS, and the CITY OF COUNTRY CLUB HILLS,<br><br>    Defendants. | No. 08-cv-2385<br><br>Honarable Samuel Der-Yeghiayan |
| To: Officer K. Wilson<br>c/o City of Country Club Hills Police Department<br>3700 W. 175th Place<br>Country Club Hills, Illinois 60478 | |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____          _____
(By) Deputy Clerk                                               Date


**Michael W. Dobbins, Clerk**

*Nadine Hurley* (signature)
-----------------------------
**(By) DEPUTY CLERK**



**June 5, 2008**
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Date 6/6/08 |
| NAME OF SERVER (PRINT) Daniel Corbett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. K. Wilson c/o Ruth Lamonte
Country Club Hills Police Dept.
3700 W. 175th Place
Country Club Hills, IL 60478

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/6/08

Signature of Server

Metro Service
4647 W. 103rd St.
Oak Lawn IL 60453

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.