UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anita Reed−Edgecombe
                    Plaintiff,

v.                                         Case No.: 1:08−cv−02385
                                         Honorable Samuel Der−Yeghiayan

K Wilson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/13/08 at 9:00 a.m. As stated on the record, Defendants are given until 08/08/08 to answer or otherwise plead to Plaintiff's complaint. Counsel are directed to meet and confer to try to determine who the unknown officers are. As previously ordered, the parties shall file the Court's joint reports no later than four days prior to the 08/13/08 status hearing. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.