IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA REED-EDGECOMBE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER K. WILSON, SERGEANT ANDERSEN, OFFICER JERALD NETTLES #864, OFFICER K. RICHMOND #844, OFFICER JOSEPH WILLIAMS #814, OFFICER WILLIE CAMPBELL #805, and the CITY OF COUNTRY CLUB HILLS,<br><br>    Defendants. | No.  08-cv-2385<br><br>JUDGE Der-Yeghiayan<br><br>MAGISTRATE JUDGE Denlow |

## NOTICE OF FILING

I hereby certify that on July 29, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

FIRST AMENDED COMPLAINT AT LAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com
Abbas Badruddin Merchant    amerchant@hrbattorneys.com

Service by fax to:    Eugene Keefe and Brian Kaplan, Fax 312-756-1901.


Abbas Merchant_____
Attorney for the Plaintiff

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)