

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
Aug 8, 2008
AUG 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ANITA REED-EDGECOMBE, ) | Case No. 08-cv-2385 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE Der-Yeghiayan |
| v. ) | |
| ) | MAGISTRATE JUDGE |
| ) | Denlow |
| OFFICER K. WILSON, SERGEANT ) | |
| ANDERSEN, OFFICER JERALD NETTLES ) | |
| #864, OFFICER K. RICHMOND #844, ) | |
| OFFICER JOSEPH WILLIAMS #814, ) | |
| OFFICER WILLIE CAMPBELL #805, and the ) | |
| CITY OF COUNTRY CLUB HILLS ) | Jury Demand |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

NOW Comes Defendants City of Country Club Hills, and each of the officers individually, by and through their attorneys, Keefe, Campbell & Associates, herby requests an extension of time to file an answer or otherwise plead. In support of the motion, Defendants state:

1. Plaintiff and Defendant were in contact over the last few weeks for the purposes of identifying the previously unknown officer defendants.

2. Defendant identified all such officers to Plaintiff in the final week of July.

3. Plaintiff filed the amended complaint in this matter on July 29, 2008.

4. Defendant received a copy of the complaint on July 29, 2008.

5. One of the named officers who has information necessary for an accurate answer to the complaint has been on vacation since that time and will not be available for interview until after August 14, 2008.

6. I, Brian J. Kaplan have contacted the attorney representing Plaintiff, Amanda Yarusso, and she has agreed to an extension of time for Defendant's to answer or otherwise plead in this matter.

1

WHEREFORE, Defendants Country Club Hills and the individually named officers respectfully request this Honorable Court grant an extension of time to August 29, 2008 to answer the complaint of otherwise plead.

                                                                    Brian J. Kaplan, counsel for the
City of Country Club Hills

KEEFE, CAMPBELL & ASSOCIATES LLC
118 N. CLINTON, SUITE 300
CHICAGO, ILLINOIS 60661
(312) 756-1800