UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA REED-EDGECOMBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OFFICER K. WILSON, SERGEANT ) <br> ANDERSEN, OFFICER JERALD NETTLES ) <br> #864, OFFICER K. RICHMOND #844, ) <br> OFFICER JOSEPH WILLIAMS #814, ) <br> OFFICER WILLIE CAMPBELL #805, and the ) <br> CITY OF COUNTRY CLUB HILLS ) <br> ) <br> Defendants. ) <br> ) | Case No. 08-cv-2385 <br><br> JUDGE Der-Yeghiayan <br><br> MAGISTRATE JUDGE Denlow <br><br><br> Jury Demand |

**NOTICE OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER OR OTHERWIE PLEAD**

To:

**Blake Wolfe Horwitz**
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
312-372-7076 (fax)
bhorwitz@hrbattorneys.com

**Amanda Yarusso**
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
312-372-7076 (fax)
ayarusso@hrbattorneys.com

FILED

AUG 0 8 2008
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on August 13, 2008, at 9:00 am, or as soon as the matter may be heard, in the courtroom of the Honorable Samuel Der-Yeghiayan of the above-entitled court, in the courthouse at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Cook County, IL, defendant, by its attorney, will move this Court for an extension of time to file an answer or otherwise plead.

The motion will be made on the ground that Plaintiff has recently filed an amended complaint and one defendant will not be available for interview until august 14, 2008.

Dated: August 7, 2008

                                                        Brian J. Kaplan, counsel for the
                                                        City of Country Club Hills

KEEFE, CAMPBELL & ASSOCIATES LLC
118 N. CLINTON, SUITE 300
CHICAGO, ILLINOIS 60661
(312) 756-1800

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of August 2008, I, Brian J. Kaplan, an attorney, served the attached document(s) upon the aforementioned address(es) by filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record via US mail.

                                                        Brian J. Kaplan, counsel for the
                                                        City of Country Club Hills

KEEFE, CAMPBELL & ASSOCIATES LLC
118 N. CLINTON, SUITE 300
CHICAGO, ILLINOIS 60661
(312) 756-1800