IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANITA REED-EDGECOMBE,

    Plaintiff,

    v.

OFFICER K. WILSON, SERGEANT
ANDERSEN, OFFICER JERALD NETTLES
#864, OFFICER K. RICHMOND #844,
OFFICER JOSEPH WILLIAMS #814,
OFFICER WILLIE CAMPBELL #805, and the
CITY OF COUNTRY CLUB HILLS,

    Defendants.

No.  08-cv-2385

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE DENLOW

## JOINT JURISDICTIONAL STATUS REPORT

    NOW COME the parties and jointly file this joint jurisdictional status report before the

Court.  Plaintiff is represented by Amanda S. Yarusso from Horwitz, Richardson and Baker,

LLC.  Defendants are represented by Brian Kaplan and Eugene Keefe of Keefe, Campbell &

Associates, LLC.

### I.    Subject Matter Jurisdiction

    The jurisdiction in this case is based on federal question, as the Plaintiff is bringing

several counts pursuant to Section 1983.  All state claims are included in the Court's

supplementary jurisdiction.

### II.    Venue (Plaintiff's Position)

    Venue is appropriate as all of the parties reside in this district and division, to the best of

the Plaintiff's knowledge and belief.  Furthermore, the incident took place in Country Club Hills,

Illinois, in Cook County, a locality included in this district and division.  This is based on the

police report tendered by the Defendants.  See Exhibit A, Affidavit.


        Respectfully submitted,

s/Amanda S. Yarusso                          s/Brian Kaplan                              
Amanda S. Yarusso                            Attorney for the Defendants
Attorney for the Plaintiff                   Keefe, Campbell & Associates, LLC
HORWITZ, RICHARDSON & BAKER, LLC             118 North Clinton, Suite 300
20 South Clark St., Suite 500                Chicago, IL 60661
Chicago, IL  60603                           Tel: 312-756-1800
Tel: 312-676-2100
Fax: 312-372-7076
ayarusso@hrbattorneys.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA REED-EDGECOMBE, | |
| Plaintiff, | |
| v. | No. 08-cv-2385 |
| | JUDGE DER-YEGHIAYAN |
| OFFICER K. WILSON, SERGEANT ANDERSEN, OFFICER JERALD NETTLES #864, OFFICER K. RICHMOND #844, OFFICER JOSEPH WILLIAMS #814, OFFICER WILLIE CAMPBELL #805, and the CITY OF COUNTRY CLUB HILLS, | MAGISTRATE JUDGE DENLOW |
| Defendants. | |

## <u>AFFIDAVIT</u>

1.      The incident that is the subject of this litigation took place in Country Club Hills, Illinois, in Cook County, according to my client and the police report.

2.      My client resides in Markham, Illinois, in Cook County.

3.      To the best of my knowledge the Defendants reside in Country Club Hills, Illinois, in Cook County, as they are officers for Country Club Hills.


Date:  August 12, 2008

s/Amanda S. Yarusso
Amanda S. Yarusso
Attorney for the Plaintiff
HORWITZ, RICHARDSON & BAKER, LLC
20 South Clark St., Suite 500
Chicago, IL  60603
Tel: 312-676-2100
Fax: 312-372-7076
ayarusso@hrbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA REED-EDGECOMBE, | |
| Plaintiff, | |
| | No.  08-cv-2385 |
| v. | |
| | JUDGE DER-YEGHIAYAN |
| OFFICER K. WILSON, SERGEANT ANDERSEN, OFFICER JERALD NETTLES #864, OFFICER K. RICHMOND #844, OFFICER JOSEPH WILLIAMS #814, OFFICER WILLIE CAMPBELL #805, and the CITY OF COUNTRY CLUB HILLS, | MAGISTRATE JUDGE DENLOW |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PARTIES' JOINT INITIAL STATUS REPORT AND JOINT JURISDICTIONAL REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

N/A

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Eugene F. Keefe
Keefe, Campbell & Associates, LLC
118 North Clinton
Suite 300
Chicago, IL 60661

s/Amanda S. Yarusso
Amanda S. Yarusso
Attorney for the Plaintiff
HORWITZ, RICHARDSON & BAKER, LLC
20 South Clark St., Suite 500
Chicago, IL  60603

Tel: 312-676-2100
Fax: 312-372-7076
ayarusso@hrbattorneys.com