**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Anita Reed−Edgecombe
                          Plaintiff,

v.                                         Case No.: 1:08−cv−02385
                                                    Honorable Samuel Der−Yeghiayan

K Wilson, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan:Status hearing held on 08/13/08. Plaintiff's oral motion for leave to correct Plaintiff's amended complaint and to reflect the correct parties on the Court's docket is granted without objection. Defendant's oral motion for extension of time to answer or otherwise plead to Plaintiff's amended complaint is granted to and including 09/19/08. Counsel for all parties advised the Court that they will consent to proceed before the designated Magistrate Judge. Counsel are directed to submit to this Court, the appropriate consent form. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.