IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA REED-EDGECOMBE,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER M. WILSON, SERGEANT ANDERSEN, OFFICER JERALD NETTLES #864, OFFICER K. RICHMOND #844, OFFICER JOSEPH WILLIAMS #814, OFFICER WILLIE CAMPBELL #805, and the CITY OF COUNTRY CLUB HILLS,<br><br>  Defendants. | No. 08-cv-2385<br><br>JUDGE Der-Yeghiayan<br><br>MAGISTRATE JUDGE Denlow |

**NOTICE OF FILING**

     I hereby certify that on August 14, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

SECOND AMENDED COMPLAINT AT LAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

N/A

     I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be served by email with the consent of the party/attorney, to the following non-ECF participants:

Brian J. Kaplan (bkaplan@keefe-law.com)
Eugene F. Keefe
Keefe, Campbell & Associates, LLC
118 North Clinton
Suite 300
Chicago, IL 60661

        <u>s/Amanda S. Yarusso</u>
        Amanda S. Yarusso
        Attorney for the Plaintiff
        HORWITZ, RICHARDSON & BAKER, LLC
        20 South Clark St., Suite 500
        Chicago, IL  60603